FILE COPY

RE: Case No. 25-0559                    DATE: 6/30/2025
COA #: 15-24-00096-CV              TC#: D-1-GN-23-007449
STYLE: NGUYEN v. TEX. OPTOMETRY BOARD

A petition for review was filed today in the above-styled case.  Respondent may file either a response, or a waiver of response.  If you file a waiver, the Court will not grant the petition without first requesting a response. (TEX. R. APP. P. 53.3)  There is no fee for a response or a waiver.

MS. HELEN  KELLEY
OFFICE OF THE ATTORNEY GENERAL OF TEXAS
ADMINISTRATIVE LAW DIVISION
P.O. BOX 12548
AUSTIN, TX  78701-1649
* DELIVERED VIA E-MAIL *

FILE COPY

RE: Case No. 25-0559                    DATE: 6/30/2025
COA #: 15-24-00096-CV              TC#: D-1-GN-23-007449
STYLE: NGUYEN v. TEX. OPTOMETRY BOARD

    A petition for review was filed today in the above-styled case.  Respondent may file either a response, or a waiver of response.  If you file a waiver, the Court will not grant the petition without first requesting a response. (TEX. R. APP. P. 53.3)  There is no fee for a response or a waiver.

DISTRICT CLERK  TRAVIS COUNTY
TRAVIS COUNTY COURT
P. O. BOX 679003
AUSTIN, TX  78767
* DELIVERED VIA E-MAIL *

RE: Case No. 25-0559            DATE: 6/30/2025
COA #: 15-24-00096-CV       TC#: D-1-GN-23-007449
STYLE: NGUYEN v. TEX. OPTOMETRY BOARD

    A petition for review was filed today in the above-styled case. Respondent may file either a response, or a waiver of response. If you file a waiver, the Court will not grant the petition without first requesting a response. (TEX. R. APP. P. 53.3) There is no fee for a response or a waiver.

                      MR. ROGER B. BORGELT
                      BORGELT LAW
                      614 S. CAPITAL OF TEXAS HWY.
                      AUSTIN, TX  78746
                      * DELIVERED VIA E-MAIL *

RE: Case No. 25-0559                          DATE: 6/30/2025
COA #: 15-24-00096-CV              TC#: D-1-GN-23-007449
STYLE: NGUYEN v. TEX. OPTOMETRY BOARD

A petition for review was filed today in the above-styled case. Respondent may file either a response, or a waiver of response. If you file a waiver, the Court will not grant the petition without first requesting a response. (TEX. R. APP. P. 53.3)  There is no fee for a response or a waiver.

CHRISTOPHER  PRINE
FIFTEENTH COURT OF APPEALS
P.O, BOX 12852
AUSTIN, TX  78711
* DELIVERED VIA E-MAIL *